Michael D. Mortenson, State Bar No. 247758
  mmortenson@mortensontaggart.com
Craig A. Taggart, State Bar No. 239168
  ctaggart@mortensontaggart.com
Patricia H. Jun, State Bar No. 277461
  pjun@mortensontaggart.com
MORTENSON TAGGART ADAMS LLP
300 Spectrum Center Dr., Suite 1200
Irvine, CA 92618
Telephone: (949) 774-2224
Facsimile: (949) 774-2545

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DIAZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.<br><br>**DEFENDANT FORD MOTOR COMPANY'S NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT UNDER 28 U.S.C. § 1441(B) (DIVERSITY)**<br><br>[Removal from Superior Court of California, County of Los Angeles, Case No. 22STCV19920]<br><br>Complaint Filed: June 17, 2022 |

NOTICE OF REMOVAL

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DIVISION OF THE CENTRAL DISTRICT OF CALIFORNIA AND THE PLAINTIFF AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Ford Motor Company ("Ford") hereby removes the above-referenced case from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California. Defendant pleads as follows regarding the grounds for removal:

## I. PROCEDURAL HISTORY

1. On June 17, 2022, plaintiff David Diaz ("Plaintiff") sued defendant Ford in the Superior Court of the State of California for the County of Los Angeles. The Complaint is captioned as: *David Diaz v. Ford Motor Co., et al.*, Case No. 22STCV19920 (Superior Court of California, County of Los Angeles). True and correct copies of Plaintiff's Complaint, Summons, and other case initiating documents are attached as **Exhibit 1** to the Declaration of Michael D. Mortenson. Plaintiff served their complaint on defendant Ford on July 19, 2021. (Declaration of Michael D. Mortenson in Support of Ford's Notice of Removal ("Mortenson Decl."), ¶ 2, Ex. 1 (hereinafter, "Compl.").) Ford filed its Answer on August 16, 2022. (Mortenson Decl. ¶ 3, Ex. 2.)

2. The Complaint alleges claims for: (1) Breach of the Implied Warranty of Fitness, Cal. Civ. Code §1794; (2) Breach of the Implied Warranty of Merchantability, Cal. Civ. Code §1794; (3) Sale of Defective Merchandise Without Disclosing Defects, Bus. & Prof. Code §17531; §17535; (4) Breach of Express Warranty, Cal. Civ. Code §1794; (5) Failure to Promptly Repurchase Product, Cal. Civ. Code §1793.2 (d); and (6) Failure to Commence Repairs Within a Reasonable Time and to Complete Them Within 30 Days, Cal. Civ. Code §1794. (Compl. generally.)

## II. REMOVAL IS PROPER BASED ON DIVERSITY JURISDICTION

### A. Grounds for Removal

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), which confers "original jurisdiction of all civil actions where the [amount] in controversy exceeds the sum or value of $75,000, exclusive of interest [or] costs, and is between . . . citizens of different states."

### B. Complete Diversity Exists Between Plaintiff And Ford

4. Plaintiff is a citizen of the state of California. (Mortenson Decl. ¶ 4.)

5. Plaintiff leased the subject vehicle, 2021 Ford Explorer (hereinafter as the "Subject Vehicle" or "Vehicle") in the state of California.

6. Defendant Ford is a Delaware Corporation. (Mortenson Decl. ¶ 4.) Defendant Ford's principal place of business is Dearborn, Michigan.

### C. Amount in Controversy

7. Plaintiff's Complaint alleges that damages are "in the amount of at least $77,700.88" and that he is also entitled to restitution "in the amount of at least $77,700.88." (Compl. p. 10 (PRAYER).)

8. "Where a complaint 'alleges damages in excess of the federal amount-in-controversy requirement … then the amount-in-controversy requirement is presumptively satisfied unless it appears to a legal certainty that the claim is actually for less than the jurisdictional minimum.'" *Villaron v. Ford Motor Co.*, No. 2:20-CV-08580-AB-KS, 2021 WL 37679, at *1 (C.D. Cal. Jan. 5, 2021) (quoting *Mireles v. Wells Fargo Bank, N.A.*, 845 F. Supp. 2d 1034, 1049 (C.D. Cal. 2012)).

## III. ALL OTHER PREREQUISITES FOR REMOVAL ARE SATISFIED

9. The Superior Court of California for the County of Los Angeles is located within the Central District of California, and, therefore, removal to this Court satisfies the venue requirements of 28 U.S.C. § 1446(a).

///

10. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(3). Defendant must remove the case within thirty (30) days from the date of service or receipt of a copy of amended pleading, motion, or other paper that makes the case removable. 28 U.S.C. § 1446(b)(3).

11. A copy of this Notice of Removal is being served on counsel for Plaintiff and is being filed contemporaneously with the Superior Court of the State of California, County of Los Angeles, as required by 28 U.S.C. § 1446(d).

12. Copies of all pleadings, process and orders served upon Defendant Ford in this action are attached hereto in accordance with 28 U.S.C. § 1446(a). (Mortenson Decl., ¶¶ 2, 3.)

**IV.   RESERVATION OF RIGHTS**

13. Ford denies the allegations contained in Plaintiff's Complaint and files this Notice of Removal without waiving any defenses, objections, exceptions, or obligations that may exist in its favor in either state or federal court.

14. In making the allegations in the Notice of Removal, Ford does not concede in any way that the allegations in the Complaint are accurate, that Plaintiff has asserted claims upon which relief can be granted, or that recovery of any of the amounts sought is authorized or appropriate.

15. Ford also reserves the right to amend or supplement this Notice of Removal. If any questions arise as to the propriety of this removal action, Ford respectfully requests the opportunity to submit briefing and oral argument and to conduct discovery in support of its position that subject matter jurisdiction exists.

**V.   CONCLUSION**

16. Consequently, this case should be removed to this Court by Ford in accordance with the provisions of 28 U.S.C. § 1441, *et seq.*, because: (i) this action is a civil action pending within the jurisdiction of the United States District Court for the Central District of California and (ii) the amount in controversy exceeds $75,000, exclusive of interest and costs. WHEREFORE, Defendant Ford Motor

| 1 | Company prays that this action be removed to United States District Court for the
| 2 | Central District of California.

Company prays that this action be removed to United States District Court for the Central District of California.

DATED: August 18, 2022        MORTENSON TAGGART ADAMS LLP

                                  By: */s/ Michael D. Mortenson*
                                        Michael D. Mortenson
                                        Craig A. Taggart
                                        Patricia H. Jun
                                        Attorneys for Defendant
                                        FORD MOTOR COMPANY

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF ORANGE )

I am employed by Mortenson Taggart Adams LLP in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 300 Spectrum Center Drive Suite 1200, Irvine, CA 92618. On August 18, 2022, I served the within documents:

**DEFENDANT FORD MOTOR COMPANY'S NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT UNDER 28 U.S.C. § 1441(B) (DIVERSITY)**

| | |
|---|---|
| ☒ | **By electronic service** by transmitting via my electronic service address (klaub@mortensontaggart.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth below. |
| ☒ | **By United States mail.** I deposited a sealed envelope containing a true and correct copy of the documents listed above with the United States Postal Service with the postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Irvine, California. |

Jerry J. Haddad
THE LAW OFFICES OF JERRY J. HADDAD, APC
8 Corporate Park, Suite 130
Irvine, California 92606
Telephone: (949)484-9704
Facsimile: (949)943-1532
jerryh@lojjh.com

**ATTORNEY FOR PLAINTIFF**

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 18, 2022, at Irvine, California.

*Kaitlyn Laub*
Kaitlyn Laub

DECLARATION OF MICHAEL D. MORTENSON