Michael D. Mortenson, State Bar No. 247758
  mmortenson@mortensontaggart.com
Craig A. Taggart, State Bar No. 239168
  ctaggart@mortensontaggart.com
Patricia H. Jun, State Bar No. 277461
  pjun@mortensontaggart.com
MORTENSON TAGGART ADAMS LLP
300 Spectrum Center Dr., Suite 1200
Irvine, CA 92618
Telephone: (949) 774-2224
Facsimile: (949) 774-2545

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DIAZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.<br><br>**DECLARATION OF MICHAEL D. MORTENSON IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT UNDER 28 U.S.C. § 1441(B) (DIVERSITY)**<br><br>[Removal from Superior Court of California, County of Los Angeles, Case No. 22STCV19920]<br><br>Complaint Filed: June 17, 2022 |

DECLARATION OF MICHAEL D. MORTENSON

## DECLARATION OF MICHAEL D. MORTENSON

I, Michael D. Mortenson, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am lead trial counsel in this case and a partner of Mortenson Taggart Adams LLP, attorneys of record for defendant Ford Motor Company ("Ford" or "Defendant"). I have personal knowledge of the facts set forth herein. If called as witness, I could and would competently testify to the matters stated herein.

2. On June 17, 2022, plaintiff David Diaz ("Plaintiff") sued defendant Ford in the Superior Court of the State of California for the County of Los Angeles. The Complaint is captioned as: *David Diaz v. Ford Motor Co., et al.*, Case No. 22STCV19920 (Superior Court of California, County of Los Angeles). In the Complaint, Plaintiff alleges that he leased a 2021 Ford Explorer, (the "Vehicle"). A true and correct copy of Plaintiff's Complaint, Summons, and other case initiating documents are attached hereto as **Exhibit 1**.

3. On July 19, 2022, Plaintiff served his complaint on defendant Ford, and on August 16, 2022, Ford filed its Answer to the Complaint. A true and correct copies of Ford's Answer is attached hereto as **Exhibit 2**.

4. Upon information and belief, Plaintiff is a citizen of the state of California. Defendant Ford is a Delaware corporation with its principal place of business in Dearborn, Michigan.

5. Copies of all other pleadings, process, and orders are attached hereto as **Exhibits 3**.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on August 18, 2022, in the city of Irvine, California.

*/s/ Michael D. Mortenson*
Michael D. Mortenson

DECLARATION OF MICHAEL D. MORTENSON

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           )   ss
COUNTY OF ORANGE           )

I am employed by Mortenson Taggart Adams LLP in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 300 Spectrum Center Drive Suite 1200, Irvine, CA 92618. On August 18, 2022, I served the within documents:

**DECLARATION OF MICHAEL D. MORTENSON IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT UNDER 28 U.S.C. § 1441(B) (DIVERSITY)**

| ☒ | **By electronic service** by transmitting via my electronic service address (klaub@mortensontaggart.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth below. |
|---|---|
| ☒ | **By United States mail.** I deposited a sealed envelope containing a true and correct copy of the documents listed above with the United States Postal Service with the postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Irvine, California. |

Jerry J. Haddad
THE LAW OFFICES OF JERRY J. HADDAD, APC
8 Corporate Park, Suite 130
Irvine, California 92606
Telephone: (949)484-9704
Facsimile: (949)943-1532
jerryh@lojjh.com

**ATTORNEY FOR PLAINTIFF**

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 18, 2022, at Irvine, California.

*Kaitlyn Laub*
Kaitlyn Laub

DECLARATION OF MICHAEL D. MORTENSON