# Exhibit 3

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Palm Springs Courthouse
Court on its Own Motion

07/25/2022
3:51 PM
Department PS2

**CVPS2200361**
**HODGES vs FORD MOTOR COMPANY**

Honorable Manuel Bustamante, Judge
M. Youngberg, Courtroom Assistant
Court Reporter: None

**APPEARANCES:**

No Appearances

Court makes the following order(s):
Continue (future hearing) 07/27/2022 08:30 AM Case Management Conference to 08/31/2022 at 08:30 AM in Department PS2.
Continue (future hearing) 07/27/2022 08:30 AM Hearing on Order to appear and show cause, if any, why sanctions not to exceed $1,500 or dismissal should not be imposed for failure to file Proof of Service as to DEFENDANT(S) to 08/31/2022 at 08:30 AM in Department PS2.
STRATEGIC LEGAL PRACTICES APC; Mortenson Taggart Adams LLP is/are ordered to appear on 08/31/2022 at 08:30 AM in Department PS2 and show cause, if any, why sanctions not to exceed $1500.00 or dismissal should not be imposed for Failure to file a case management statement pursuant to CRC 3.724
Parties are ordered to comply with Local Rule 3116.
Notice to be given by Clerk to Mortenson Taggart Adams LLP, STRATEGIC LEGAL PRACTICES APC.
Minute entry completed.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
Palm Springs Courthouse
3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
www.riverside.courts.ca.gov

| | |
|---|---|
| HODGES vs FORD MOTOR COMPANY | FOR COURT USE ONLY<br>**FILED**<br>Superior Court of California<br>County of Riverside<br>07/25/2022<br>M Youngberg<br><br>CASE NUMBER:<br>CVPS2200361 |

## NOTICE OF ORDER TO SHOW CAUSE HEARING

To: Mortenson Taggart Adams LLP

STRATEGIC LEGAL PRACTICES APC; Mortenson Taggart Adams LLP is/are ordered to appear on 08/31/2022 at 08:30 AM in Department PS2 and show cause, if any, why sanctions not to exceed $1500.00 or dismissal should not be imposed for Failure to file a case management statement pursuant to CRC 3.724

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 08/31/2022 | 8:30 AM | Department PS2 |
| Location of Hearing:<br>3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262 | | |

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases. Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing. Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 160-922-1726 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak. It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CI-NOSCFF
(Rev. 07/21/22)

NOTICE OF ORDER TO SHOW CAUSE HEARING

Sanctions can be monetary fines, reasonable attorneys' fees, dismissal of the action or proceeding, striking all or part of any pleadings, entry of judgment. If you oppose sanctions, you should appear on the date specified. You must also file a declaration five court days in advance of the hearing, describing the evidence that supports any facts, which show that the court lacks good cause to impose sanctions pursuant to local rule 3116. Failure to do so may justify the imposition of sanctions. "Sanctions" (as that term is used herein) includes, but is not limited to, all remedies available to the court pursuant to Cal. Code of Civil Procedure sections 128.6, 177.5, 575.2, the California Rules of Court, Riverside Local Rules of Court and/or any other statute or existing case precedent.

Dated: 07/25/2022



(JUDICIAL OFFICER)

 Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter.

 Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8).

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding. In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence. Such correspondence is deposited in the outgoing mail of the Superior Court. Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business. I certify that I served a copy of the foregoing Notice of Order to Show Cause Hearing on this date, by depositing said copy as stated above.

Dated: 07/25/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____

M. Youngberg Deputy Clerk

Mortenson Taggart Adams LLP
300 SPECTRUM CENTER DR.
SUITE 1200
IRVINE, CA 92618

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Palm Springs Courthouse
3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262

**Case Number:** CVPS2200361

**Case Name:** HODGES vs FORD MOTOR COMPANY

Mortenson Taggart Adams LLP
300 SPECTRUM CENTER DR.
SUITE 1200
IRVINE, CA 92618

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding. In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence. Such correspondence is deposited in the outgoing mail of the Superior Court. Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business. I certify that I served a copy of the foregoing Case Number CVPS2200361 Minute Order dated: 07/25/2022 on this date by depositing said copy as stated above.

Dated: 07/25/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____
M. Youngberg, Deputy Clerk

PR-CERTM
(Rev. 01/05/18)

**COPY**

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER: | Reserved for Clerk's File Stamp |
|---|---|---|
| Michael D. Mortenson<br>MORTENSON TAGGART ADAMS LLP<br>300 Spectrum Center Dr., Suite 1200, IRVINE, CA 92618<br>e-mail: mmortenson@mortensontaggart.com<br>ph: (949) 774–2224          fax: (949) 774-2545<br>ATTORNEY FOR (Name): Ford Motor Company | 247758 | **ORIGINAL FILED**<br>**AUG 17 2022**<br>**LOS ANGELES SUPERIOR COURT** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | | |
| COURTHOUSE ADDRESS:<br>111 North Hill Street, Los Angeles, CA 90012 | | |
| PLAINTIFF/PETITIONER: Diaz, David | | |
| DEFENDANT/RESPONDENT: Ford Motor Company | | |
| PEREMPTORY CHALLENGE TO JUDICIAL OFFICER<br>(Code Civ. Proc., § 170.6) | CASE NUMBER:<br>22STCV19920 | |

| Name of Judicial Officer: (PRINT) | Dept. Number: |
|---|---|
| Holly J. Fujie | 56 |
| ☒ Judge          ☐ Commissioner          ☐ Referee | |

I am a party (or attorney for a party) to this action or special proceeding. The judicial officer named above, before whom the trial of, or a hearing in, this case is pending, or to whom it has been assigned, is prejudiced against the party (or his or her attorney) or the interest of the party (or his or her attorney), so that declarant cannot, or believes that he or she cannot, have a fair and impartial trial or hearing before the judicial officer.

## DECLARATION

**I declare under penalty of perjury, under the laws of the State of California, that the information entered on this form is true and correct.**

Filed on behalf of: Ford Motor Company
Name of Party

☐ Plaintiff/Petitioner          ☐ Cross Complainant
☒ Defendant/Respondent          ☐ Cross Defendant
☐ Other: _____

Dated: August 16, 2022

/s/ Michael D. Mortenson
Signature of Declarant

Michael D. Mortenson
Printed Name

LACIV 015 (Rev. 12-14)
LASC Approved 04-04
For Optional Use

PEREMPTORY CHALLENGE TO JUDICIAL OFFICER
(Code Civ. Proc., § 170.6)

Code Civ. Proc., § 170.6

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           )  ss
COUNTY OF ORANGE           )

      I am employed by Mortenson Taggart Adams LLP in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 300 Spectrum Center Drive, Suite 1200, Irvine, CA 92618. On August 16, 2022, I served the within documents:

**PEREMPTORY CHALLENGE TO JUDICIAL OFFICER**
**(Code Civ. Proc.,§ 170.6)**

| ☒ | **By United States mail.** I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I enclosed the above-referenced document(s) in a sealed envelope or package addressed to the person(s) at the address(es) as set forth below, and following ordinary business practices I placed the package for collection and mailing on the date and at the place of business set forth above. |
|---|---|

Jerry J. Haddad, Esq.
The Law Offices of Jerry J. Haddad, APC
8 Corporate Park, Suite 130
Irvine, CA 92606
Telephone: (949) 484-9704
Facsimile: (949) 943-1532
jerryh@lojjh.com

**ATTORNEY FOR PLAINTIFF**

      I declare that I am employed in the office of a member of the bar of this court whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on August 16, 2022, at Irvine, California.

*Kaelyn Thurmond*
Kaelyn Thurmond

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES** | Reserved for Clerk's File Stamp |
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>08/17/2022<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____O. Chavez_____ Deputy |
| PLAINTIFF(S):<br>David Diaz | |
| DEFENDANT(S):<br>Ford Motor Company | |
| **NOTICE OF CASE REASSIGNMENT AND ORDER FOR PLAINTIFF TO GIVE NOTICE (Vacate Dates)** | CASE NUMBER:<br>22STCV19920 |

TO THE PLAINTIFF(S) AND PLAINTIFF'S ATTORNEY OF RECORD OR PLAINTIFF(S) IN PROPRIA PERSONA:

You are hereby notified that effective 08/17/2022, an order was made that the above-entitled action, previously assigned to Holly J. Fujie, is now and shall be assigned to Randolph M. Hammock as an Individual Calendar (IC), direct calendaring judge for all purposes, including trial, in department 49 at Stanley Mosk Courthouse (See Chapter 3, Los Angeles Court Rules) All matters on calendar in this case are advanced to this date, vacated, to be rescheduled in the newly assigned department indicated above unless otherwise ordered by the court.

Notice is further given that plaintiff in propria persona or counsel for the plaintiff is ordered to give notice of this all-purpose case assignment by serving a copy of the notice on all parties to this action within 10 days of service of this notice by the court, and file proof of service thereof within 12 days of this notice. Failure to timely give notice and file proof of service may lead to imposition of sanctions pursuant to Code of Civil Procedure section 177.5 or otherwise.

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 08/17/2022        By O. Chavez
                             Deputy Clerk

**NOTICE OF CASE REASSIGNMENT AND ORDER FOR PLAINTIFF TO GIVE NOTICE (Vacate Dates)**

(Proposed LACIV 253)
LASC Approved [00/00]

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Stanley Mosk Courthouse, Department 56

**22STCV19920**  August 17, 2022
**DAVID DIAZ vs FORD MOTOR COMPANY**  1:45 PM

Judge: Honorable Holly J. Fujie  CSR: None
Judicial Assistant: O.Chavez  ERM: None
Courtroom Assistant: None  Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s): No Appearances

**NATURE OF PROCEEDINGS:** Court Order

The Court reviews the Peremptory Challenge filed by Ford Motor Company (Defendant) on 08/17/2022 pursuant to Code of Civil Procedure section 170.6 and finds that it was timely filed, in proper format, and is accepted.

Good cause appearing and on order of the Court, the above matter is reassigned at the direction of the Supervising Judge to Judge Randolph M. Hammock in Department 49 at the Stanley Mosk Courthouse for all further proceedings.

If any appearing party has not yet exercised a peremptory challenge under Code of Civil Procedure section 170.6, peremptory challenges by them to the newly assigned judge must be timely filed within the 15 day period specified in Code of Civil Procedure section 170.6, with extensions of time pursuant to Code of Civil Procedure section 1013 if service is by mail. Previously non-appearing parties, if any, have a 15-day statutory period from first appearance to file a peremptory challenge (Government Code section 68616(1)).

All future hearings in this department are advanced to this date and taken off calendar.

Certificate of Mailing is attached.