NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michael D. Mortenson / Patricia H. Jun
MORTENSON TAGGART ADAMS
300 Spectrum Center Dr., Suite 1200
IRVINE, CA 92618
Phone:  (949) 774–2224

ATTORNEY(S) FOR: Defendant, FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DAVID DIAZ | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| FORD MOTOR COMPANY | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant, FORD MOTOR COMPANY or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DAVID DIAZ | Plaintiff |
| FORD MOTOR COMPANY | Defendant |

August 18, 2022                                    /s/ Michael D. Mortenson
Date                                                        Signature

Attorney of record for (or name of party appearing in pro per):

Defendant, FORD MOTOR COMPANY